


Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
April 17, 2013

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: DAVID M. DUBLER | BK-10-12726-lbr |
|---|---|
| FAYE A. DUBLER | Ch 13 |
| | Hearing Date: N/A |
| | Hearing Time: N/A |
| Debtor(s) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,599.54 constituting an unclaimed dividend is declared due to Citibank.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Citibank
Attn: Santo Trombetta
388 Greenwich Street
New York, NY 10013

###